**Electronically Filed
Supreme Court
SCPW-20-0000772
07-JAN-2021
12:23 PM
Dkt. 8 ODDP**

SCPW-20-0000772

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE CHRIS SLAVICK, Petitioner.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS

(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Chris Slavick's petition for writ of mandamus, filed on December 28, 2020, it appears that, based on the record before this court, petitioner fails to demonstrate that he has a clear and indisputable right to relief and that he lacks alternative means to seek relief. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, January 7, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins